PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
## _____ DIVISION

United States Courts
Southern District of Texas
F I L E D

JUL 17 2019

David J. Bradley, Clerk of Court

Brian Jefferson #81737
**Plaintiff's Name and ID Number**

Brazos County Detention Center
1835 Sandy Point RD. Bryan, TX 77807
**Place of Confinement**

CASE NO._____
(Clerk will assign the number)

v.

Officer Christian Badge #414
303 E. 29th St. Bryan, TX 77803
**Defendant's Name and Address**

_____
**Defendant's Name and Address**

_____
**Defendant's Name and Address**
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
       1. Approximate date of filing lawsuit:_____
       2. Parties to previous lawsuit:
          Plaintiff(s)_____
          Defendant(s)_____
       3. Court: (If federal, name the district; if state, name the county.)_____
       4. Cause number:_____
       5. Name of judge to whom case was assigned: _____
       6. Disposition: (Was the case dismissed, appealed, still pending?) _____
       7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Brazos County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? _X_ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Brian Jefferson SO# 81737
1835 Sandy Point RD.
Bryan, TX 77807

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Officer Christian Badge #414; Commissioned Police officer of The City of Bryan; Bryan Police Dept. 303 E. 29th St Bryan, TX 77803

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Police Misconduct: Bias-based Profiling; unreasonable Detention, illegal search 3 confinement Harassment.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On the evening of Nov. 12, 2018 in Bryan, Texas I, "leaving" a private driveway, made a left turn onto Plainsman Ln. towards Barak Ln. in front of Officer Christian Badge #414. I came to a stop at the stop sign located at the corner of Barak Ln & Plainsman Ln indicating a right turn onto Barak Ln. After making the turn the officer initiated a traffic stop on me. The officer approached me from the passenger side and advised me he was pulling me over for failure to signal "leaving" the private driveway on Plainsman Ln. Knowing this allegation was false I advised the officer I was getting out to check the working condition of my turn signals, while doing so he alleged to have smelled marijuana smoke coming from my car and that he was going to be conducting a search. As a result of this search I was arrested. The officer also made a 2nd claim to alledgely observe me failing to stop at the designated stop point at the stop sign. Knowing this I filed a complaint for racial/bias-based profiling.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Dismiss of all criminal charges in connection to the misconduct. 2. Officer to attend classes & mentoring. 3. $50K for substantial fines, financial loss, mental & emotional distress

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Brian Allen Jefferson

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1509660

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___ YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____

4

V.

STATEMENT OF CLAIM CONT:

with the Department's Professional Standards Division (reference # 19-CI-002). The findings of that complaint investigation is attatched.

I was profiled by Officer Christian Badge #414 of the Bryan Police Department with biased-based motives, forced into an unpleasant situation with an unreasonable traffic stop with fabricated Probable Cause, to have my Private/Personals dug through in a search, subsequently leading to my confinement.

# VI. RELIEF:

4. A declaration that the acts and omissions described violate my rights under the Constitution and Laws of the United States.

5. Recovery of all costs in connection to the filing of this suit.

6. Any additional relief the Court deems just, proper, and equitable.

CONT. 4

    4. Have the sanctions been lifted or otherwise satisfied? \_\_\_\_YES \_\_\_\_NO

C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_YES _X_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: 7-16-19
DATE

Brian Jefferson
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  16th  day of  July , 20 19 .
      (Day)      (month)      (year)

Brian Jefferson
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**



PSD # 19-CI-002

# Employee/Officer Allegation Notification Form

### Reporting Party

| Name: Brian Jefferson | | Date: 4-23-19 |
|---|---|---|
| Street: 1835 Sandy Point Road | | |
| City: Bryan | State: Texas | Zip Code: 77807 |
| Date of Birth: 3-24-81 | Phone 1: NA | Phone 2: NA |

### Incident Information

| Date: 11-12-18 | Time: Approx 10P | Location: Plainsman LN - Barak LN. |
|---|---|---|
| Employee/Officer 1: Christian | Race: Blk | Sex: Male |
| Employee/Officer 2: — | Race: — | Sex: — |
| Witness 1: — | Contact Information: — | |
| Witness 2: — | Contact Information: — | |

**Details (use back for continuation):** I would like to at this time initiate filing of a formal complaint of racial/bias based profiling against one officer Christian Badge # 414 of the Bryan Police Dept. Brazos County Texas. On the evening of Nov. 12, 2018 I (Brian Jefferson) was subjected to a traffic stop without merit, truth, protocol or procedure subsequently leading into an event of infringement of my 4th & 14 amendment ri**ghts** at glance. Taken from a filed Probable Cause statement [ref'd case # BP18110044?] as I am unclear as to if an Anti Profiling report exists I was supposedly observ leaving a private driveway without the use of my turn signal which is not against transportation even if I did and failure to stop at a stop sign; or not until my right rear tire was in line with it. No written warnings or citations were issued. →

This allegation will be reviewed by the Professional Standards Division and maintained as a governmental record by the Bryan Police Department. I understand that making a false entry in this record or making a false report to a police officer is against the law, and I, may be subject to criminal prosecution if information entered here is subsequently shown to be false. ☒ I request a copy of this form as I have submitted it.

Signature: Brian Jefferson      Date: 4-23-19

☐ Reporting party did not wish to sign/was not present at time of allegation     ☐ Supervisor will be reporting party

Supervisor Receiving Notification: Melnyk #45   Signature: _____   Date: 4/29/19

---- Department Use Only ----

☐ This allegation is resolved through the preliminary investigation and response to the reporting party as described above. There were no violations of policy and no corrective action taken; or

☐ This allegation is resolved after preliminary investigation and corrective action: ☐ DAR (attached) ☐ IPR entry

| Supervisor: | Div. Com.: | Bur. Com.: | Chief: | PSD: |
|---|---|---|---|---|
| Date: | Date: | Date: | Date: | Date: |

☒ This allegation needs further investigation or action.

BPD Form 91-A

Competence of the transportation code, (which I feel every officer of law enforcement is supposed to possess) and Anti-profiling audio/video and/or reports required by The Texas Code of Criminal Procedure would be and is my supporting evidence as it would contain the truth of the traffic stop to which I was profiled and that the patrol methods of officer Christian suggest motives contrary to truth, Protocal and procedure





To Protect and Enhance the Quality of Life
Through Excellence in Service
For a Safer Tomorrow

# BRYAN POLICE DEPARTMENT

May 31, 2019

Mr. Brian Jefferson
1835 Sandy Point Rd
Bryan, TX 77807

Dear Mr. Jefferson:

On April 29, 2019, you contacted Lt. Walt Melnyk about an incident involving a Bryan Police Department Officer. The Professional Standards Division has completed its investigation of your allegations.

A review of this investigation has resulted in a finding of unfounded in one of the allegations. This finding indicates that the evidence tends to disprove the allegation of misconduct.

A review of this investigation has also resulted in a finding of sustained in the other allegation. This finding indicates that there is sufficient evidence to prove the allegation of misconduct and that the officer was found to be in violation of Bryan Police Department policy. This information has been forwarded to the officer's Chain of Command for appropriate action to ensure proper conduct and understanding of all department and city policies.

This concludes involvement by the Professional Standards Division in this matter.

I hope any future contact you may have with the Bryan Police Department will be more positive. If our department or I can ever be of assistance to you in the future, please let me know.

Sincerely,

Eric Buske
Chief of Police
Bryan Police Department
979-209-5387

cc: Professional Standards



To Protect and Enhance the Quality of Life
Through Excellence in Service
For a Safer Tomorrow

# BRYAN POLICE DEPARTMENT

June 11, 2019

Mr. Brian Jefferson #81737
1835 Sandy Point Rd
Bryan, TX 77807

Dear Mr. Jefferson:

On June 6, 2019 you requested more information regarding the outcome of the allegations of officer misconduct.

In reference to the allegation of Bias Based Profiling, a review of this investigation has resulted in a finding of unfounded. This finding indicates that the evidence disproved the allegation of misconduct.

In reference to the allegation of Probable Cause for Traffic Stop, a review of this investigation has resulted in a finding of sustained. This finding indicates that there is sufficient evidence to prove the allegation of misconduct and that the officer was found to be in violation of Bryan Police Department policy. This information has been forwarded to the officer's Chain of Command for appropriate action to ensure proper conduct and understanding of all department and city policies.

Sincerely,

Eric Buske
Chief of Police
Bryan Police Department
979-209-5387

cc: Professional Standards 19-CI-002

Envelope

Brian Jefferson #81737
Brazos County Detention Center
1835 Sandy Point Road
Bryan, TX 77807

United States Courts
Southern District of Texas
F I L E D
JUL 17 2019
David J. Bradley, Clerk of Court

CLERK
United States District Court
Southern District of Texas
PO Box 61010
Houston, TX 77208